Illinois Terminal Railroad Company, a Corporation, Plaintiff-Appellee, v. Gulf, Mobile & Ohio Railroad Company, a Corporation, Defendant-Appellant, and Ee-Jay Motor Transports, Inc., a Corporation, Defendant-Appellee.

Gen. No. 60-O-4.

Fourth District.

January 18, 1961.

Gillespie, Burke and Gillespie, of Springfield, and John W. Hoefert, of Alton, for appellant; Green and Hoagland, of Alton (James K. Almeter, of counsel) and Wagner, Conner, Ferguson, Bertrand and Baker, of East St. Louis, for appellee. Opinion by JUSTICE SCHEINEMAN. Not to be published in full.